IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

KEVIN LONELL SQUAIR,

      Petitioner,

v.                              Case No.  5D18-873

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed April 6, 2018

Petition for Belated Appeal
A Case of Original Jurisdiction.

Michael A. Graves, Public Defender and
Eric R. Tippin, Assistant Public Defender,
Brooksville, for Petitioner.

No Appearance for Respondent.

PER CURIAM.

The petition for belated appeal is granted.  A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the June 21, 2017, judgment and sentence rendered in Case No. 15-CF-001622, in the Circuit Court in and for Hernando County, Florida.  See Fla. R. App. P. 9.141(c)(6)(D).

      PETITION GRANTED.

ORFINGER, BERGER and EISNAUGLE, JJ., concur.